IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 09-134 |
| ) | |
| SARAH BLAIR, ) | |
| ) | |
| Defendant ) | |

O R D E R

AND NOW, this 15th day of December, 2021, upon consideration of the Government's Notice (Doc. No. 122), filed in the above captioned matter on December 14, 2021,

IT IS HEREBY ORDERED that the stay imposed in this case on January 13, 2021, and extended on September 7, 2021, is LIFTED. The Court will separately issue a new scheduling order in light of the Third Circuit Court of Appeals' decision in *United States v. Andrews*, No. 20-2768 (3d Cir.).

s/Alan N. Bloch
United States District Judge

ecf:   Counsel of record

cc:    Sarah Blair, Reg. No. 30052-068
       FCI Aliceville
       P.O. Box 4000
       Aliceville, AL 35442