IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 09-134 |
| SARAH BLAIR | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBIT 1 TO SUPPLEMENTAL BRIEF AS TO THE IMPACT OF UNITED STATES V. ANDREWS UNDER SEAL**

AND NOW comes the United States of America by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Brian W. Castello, Assistant United States Attorney for said district, and respectfully moves the Court to issue an Order directing that Exhibit 1 to the Government's Supplemental Brief as to the impact of United States v. Andrews on Ms. Blair's Motion for Reduced Sentence in the above-captioned case be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that this exhibit contains sensitive medical information.

Respectfully submitted

CINDY K. CHUNG
United States Attorney

*s/Brian W. Castello*
BRIAN W. CASTELLO
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street. Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 412-894-7361 (Phone)
Brian.Castello@usdoj.gov
PA ID No. 318609